```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
BLAIR C. QUINN,

                    Plaintiff,
                                              ORDER
          -against-                           11-CV-4050 (JS)(ETB)

BOOMERS FAMILY FUN PARK OF PALACE
ENTERTAINMENT, INC. - FESTIVAL FUN
PARKS, LLC,

                    Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Blair C. Quinn, Pro Se
                    460 Puritan Drive
                    Shirley, New York 11967

For Defendant:      No appearance
```

SEYBERT, District Judge:

On August 22, 2011, pro se plaintiff Blair Quinn ("Plaintiff") commenced this employment discrimination action against defendant Boomers Family Fun Park of Palace Entertainment, Inc. - Festival Fun Parks, LLC ("Defendant") pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 and filed an application to proceed in forma pauperis. Plaintiff's financial status, as set forth in her declaration in support of the application, qualifies her to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed in forma pauperis is granted.

The Clerk of the Court is directed to cause the United States Marshal Service to serve copies of the summons, Complaint

and this Order upon the Defendant without prepayment of fees and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure, including mailing a copy of this Order to the Plaintiff at her last known address, <u>see</u> Fed. R. Civ. P. 5(b)(2)(C).

                                      SO ORDERED.

                                      <u>/s/ JOANNA SEYBERT</u>
                                      Joanna Seybert, U.S.D.J.

Dated:    September <u>  27  </u>, 2011
            Central Islip, New York