UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BLAIR C. QUINN,

                       Plaintiff,                      <u>ORDER</u>

  -against-                                                CV 11-4050 (JS)(ETB)

BOOMER'S FAMILY FUN PARK;
PALACE ENTERTAINMENT, INC.-
FESTIVAL FUN PARKS, LLC,

                       Defendants.
-----------------------------------------------------------------------X

       THIS MATTER having been brought before the Court by Defendants Boomers Family Fun Park, Palace Entertainment, Inc. - Festival Fun Parks, LLC's Motion for Attorney's Fees and Costs, and good cause appearing, and former counsel having filed no opposition to this application,

       IT IS on this 24th day of January, 2013,

       HEREBY ORDERED as follows:

       1.      Defendants' Motion is granted; and

       2.      Plaintiff's former counsel, Kyle Norton, Esq., is Ordered to pay the sum of $3,719.26 to defendants in this action, within ten (10) days of the date of this Order.

**SO ORDERED:**

Dated:  Central Islip, New York
         January 24, 2013

                                                /s/ E. Thomas Boyle
                                                E. THOMAS BOYLE
                                                United States Magistrate Judge